IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED _____ LODGED _____
RECEIVED _____ COPY

JUL - 6 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR 09-781-TUC-JMR (bpv) |
| Plaintiff, ) | |
| vs. ) | CONSENT OF DEFENDANT |
| ) | AND |
| *Jorge Enrique Ocio-Labrada* ) | ORDER OF REFERRAL |
| Defendant. ) | |

### ORDER OF REFERRAL

Defendant *Jorge Enrique Ocio Labrada* having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge *Velasco* to administer the allocution pursuant to Rule 11, F.R.Crim.P., and to make findings as follows:

(A) whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED:

_____
U.S. District Judge

### CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral:

| | |
|---|---|
| *Jorge Enrique Ocio Labrado* | 7-6-09 |
| Defendant | Date |
| | |
| _____ | _____ |
| Counsel for Defendant | Assistant U.S. Attorney |